316

certified by the Federal Reserve bank and set forth by the collector on each of the entries. The protest was sustained to this extent.

No. 50650.—Protests 117525–K, etc., of R. C. Williams & Co., Inc., et al. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, NOVEMBER 14, 1945

No. 50651.—Protests 87177–K, etc., of J. H. Baxter & Co. et al. (San Francisco and Seattle).

Opinion by OLIVER, P. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, NOVEMBER 14, 1945

No. 50652.—Protest 118442-K of F. Blumenthal & Co. (New York).

Opinion by TILSON, J. The record showed that certain items of the merchandise consist of hats similar in all material respects to those the subject of Abstract 47291. Upon the established facts and following the authority cited the merchandise in question was held dutiable as claimed.

No. 50653.—Protests 810958–G, etc., of Henry Pollak, Inc. (New York).

Opinion by TILSON, J. The record showed that certain items of the merchandise consist of hats similar in all material respects to those the subject of Abstract 47291. Upon the established facts and following the authority cited the merchandise in question was held dutiable as claimed.

No. 50654.—Protests 68763–K, etc., of Gimbel Bros., Inc., et al. (Baltimore, etc.).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 50655.—Protests 86565–K, etc., of MacDougalls of Inverness, Inc., et al. (New York).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 50656.—Protests 103785–K, etc., of Balfour, Guthrie & Co., Ltd., et al. (New York).